NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1189

LAWRENCE B. LOCKWOOD
and PANIP, LLC,

Plaintiffs-Appellants,

v.

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP,
JONATHAN HANGARTNER, and STEVE P. HASSID,

Defendants-Appellees.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-5157, Judge John F. Walter.

ON MOTION

O R D E R

NDP Managed Security, The TPL Group, and Professor David Hricik move for a 14-day extension of time, to file their briefs amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

APR 23 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 23 2010

JAN HORBALY
CLERK

cc: Don Howarth, Esq.
Gary A. Clark, Esq.
Margaret M. Grignon, Esq.
Andre M. Mura, Esq.
Professor David Hricik, Esq.

s21